# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DUANE C. ACKERMAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN BIRKHOLTZ, <br><br> Respondent. | No. CV 24-10639-MWC (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Date: August 5, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge