# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DUANE C. ACKERMAN, | No. CV 24-10639-MWC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN BIRKHOLTZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: August 5, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge